**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Thomas William SCHWARTZ,**
**Defendant–Appellant.**

**No. 06–10501**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 10, 2007.

J. Stanford Lifsey, P.A., Tampa, FL, for Defendant–Appellant.

David Paul Rhodes, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and HILL, Circuit Judges.

PER CURIAM:

J. Stanford Lifsey, counsel for Thomas William Schwartz, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of

the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Schwartz's convictions and sentences are **AFFIRMED.**